## SECOND DEPARTMENT, JANUARY, 1918.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE, Relator, v. HENRY BANTZ and HERBERT D. MACFARLAND, etc., and Others, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE, Relator, v. CHARLES C. SCHUM and FREDERICK BEHRMANN, etc., and Others, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE, Relator, v. EDWARD M. ANDERSON and EDWARD H. KENT, etc., and Others, Respondents.— Motion for stay granted, on condition that the appellant argue the appeal on Friday, January eleventh, at ten A. M. The appeal may be presented upon the original papers. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

ATKINS STRUCTURAL ENGINEERING COMPANY, Respondent, v. HOME-CREST BUILDING COMPANY and Another, Appellants, and Another, Defendant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

ANNA CHROSCIEL, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

MAYER S. GINSBURG, Appellant, v. F. W. WOOLWORTH COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills and Putnam, JJ.

FRANCIS H. GREANEY, Respondent, v. THE TROY WAGON WORKS COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

JOHN W. HAMPTON, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of the Opening of SCHENECTADY AVENUE, etc., Damage Parcel 35. JENNIE L. DERBY, Respondent; COLUMBIA WIRE COMPANY, Appellant.— Motion granted, on condition that appellant perfect the appeal, place the case on the calendar for January eighteenth, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JEPTHA VAN VLIET and Another, as Executors, etc., of ANNA VAN VLIET, Deceased.— Motion granted, with ten dollars costs. Leave granted to counsel for respondent to file a new brief within ten days. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ. Order to be settled before the presiding justice.

In the Matter of the Applications of PATRICK MURPHY and Others v. HERBERT S. SISSON, as State Commissioner of Excise, and Another.— Motion granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ. Order to be settled before Mr. Justice Blackmar.